Tammy Gruder Hussin, Esq. (Bar No. 155290)
Hussin Law
1596 N. Coast Hwy 101
Encinitas, CA 92024
Telephone (877-677-5397)
Tammy@HussinLaw.com

Attorney for Plaintiff, Janice Getty

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Janice Getty,<br><br>                   Plaintiff,<br><br>        vs.<br><br>Versatile Marketing Solutions, Inc. a Massachusetts corporation; Alliance Security, Inc, a Delaware corporation, dba AH Security, Inc.; and DOES 1-10, inclusive,<br><br>                   Defendants. | Case No.:  2:17-cv-08657-KS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION |

Pursuant to F.R.C.P. 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

DATED: October 27, 2021

HUSSIN LAW

By: */s/Tammy Hussin*
Tammy Hussin, Esq.
Attorney for Plaintiff, Janice Getty